Prob 12B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Melissa Romero |
| **Docket Number:** | 1:05CR00161-06 OWW |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | June 26, 2006 |
| **Original Offense:** | <u>Count 7:</u> 21 USC 841(a)(1), 841(b)(1)(C), and 18 USC 2, Possession With Intent to Distribute Marijuana and Aiding and Abetting (CLASS C FELONY) |
| **Original Sentence:** | 1 month BOP, 36 months supervised release, $100 special assessment, and mandatory testing. |
| **Special Conditions:** | 1) Search; 2) Financial disclosure; 3) Not possess paging device or cellular phone; 4) 150 days home detention; 5) Register as a drug offender; 6) Submit to DNA. |
| **Type of Supervision:** | Supervised Release (TSR) |
| **Supervision Commenced:** | August 15, 2006 |
| **Assistant U.S. Attorney:** | Karen A. Escobar    **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Paul E. Caprioglio    **Telephone:** (559) 285-0938 |
| **Other Court Action:** | |
| **05/31/2007:** | Probation Form 12B signed by the Court approving modification of conditions to include drug and alcohol testing. |

RE:     ROMERO, Melissa
        Docket Number:  1:05CR00161-06 OWW
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1.      The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

2.      As directed by the probation officer, the defendant shall participate in a program of mental health treatment (impatient or outpatient).

**Justification:**   On August 24, 2008, the supervisee was arrested by Clovis Police Department for Driving Under the Influence of Alcohol and/or Drugs, a violation of California Vehicle Code Section 23152 (a)(b).  According to the arrest report, the supervisee displayed all symptoms of alcohol intoxication and failed to perform the standard Field Sobriety Tests (FTS).  The supervisee's Blood Alcohol Content (BAC) was recorded as .20.  The supervisee was released with a notice to appear in court on October 27, 2008.  According to the arrest report, the supervisee admitted drinking six beers at a bar in Clovis.  Although, the supervisee denies having a problem with alcohol, she has been feeling depressed lately due to having relationship problems with her husband.  The supervisee was planning on separating from her husband the night of her arrest.  The couple have decided to work on their marriage and will be seeking marital counseling.  As a result of this arrest, it is recommended the supervisee refrain from any use of alcoholic beverages and participate in mental health treatment.

In order to address this violation and issues of accountability, this officer is recommending the Court modify her conditions of supervision to reflect the above special conditions.  Attached is the signed "Waiver of Hearing to Modify Conditions of Supervised Release..."  This modification will allow the supervisee to remain in the community to resolve her pending case and will allow her to maintain her employment.  In addition, if the supervisee is convicted of Driving Under the Influence, it appears the sanctions imposed at the local level are sufficient to address this violation. However, the

**RE:**   **ROMERO, Melissa**
**Docket Number:  1:05CR00161-06 OWW**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

supervisee will be advised that failure to resolve her case or any additional noncompliance will result in court action.

Respectfully submitted,

/s/ Marlene DeOrian

**Marlene DeOrian**
**Senior United States Probation Officer**
Telephone:  559-499-5729

**DATED:**   September 19, 2008
Fresno, California
MKD

**REVIEWED BY:**   /s/ Hubert J. Alvarez
**HUBERT J. ALVAREZ**
**Supervising United States Probation Officer**

RE:     ROMERO, Melissa
        Docket Number:  1:05CR00161-06 OWW
        **PETITION TO MODIFY THE CONDITIONS OR TERM
        OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:


 IT IS SO ORDERED.

**Dated:    September 26, 2008**              /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE